**Order entered April 8, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00197-CV

**BOB MONTGOMERY CHEVROLET, INC., Appellant**

**V.**

**DENT ZONE COMPANIES, Appellee**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-06337**

## ORDER

The Court has before it appellant's March 25, 2013 motion for temporary relief, appellee's March 28, 2013 response to that motion, and appellant's April 5, 2013 letter informing the Court that all proceedings have been stayed in the trial court. The Court therefore **DENIES** the motion as moot.

/s/ ELIZABETH LANG-MIERS
JUSTICE